E-FILED
Monday, 07 October, 2019  05:24:14 PM
Clerk, U.S. District Court, ILCD

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Central District of Illinois

| | |
|---|---|
| PEORIA SLF, LLC<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Andrea Gold - Director, FNS SNAP Retailer Policy &<br>Management Div.; Pam Miller - Administrator, FNS;<br>and Food & Nutrition Service<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Food & Nutrition Service
> 3101 Park Center Drive
> Alexandria, VA 22302

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert M. Riffle
Anne Mergen
Riffle & Associates LLC
133A South Main Street
Morton, Illinois 61550

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*