E-FILED
Monday, 07 October 2019 05:24:14 PM
Clerk, U.S. District Court, ILCD

**Exhibit A**

## USDA
### United States Department of Agriculture

Food and
Nutrition
Service

Park Office
Center

3101 Park
Center Drive
Alexandria
VA 22302

**MAR 0 1 2019**

Mr. Stewart D. Fried, Attorney
Olsson Frank Weeda Terman Matz PC
The Watergate
600 New Hampshire Avenue NW
Suite 500
Washington, D.C. 20037

Dear Mr. Fried:

This is in response to your February 25, 2019, letter to Administrator Lipps regarding the Maple Point Supportive Living Facility (SLF) in Monticello, Illinois.

As you noted, the Food and Nutrition Service (FNS) has not concluded its review of the SLF's application within the required 45-day period even with consideration of the government shutdown. This application, as well as others like it, have required additional time because the Agency has needed to fully analyze the impact of the Farm Bill language on these establishments.

We have completed our analysis and have concluded that we will be holding this application as well as other similar applications received or still to be received in a pending status until we complete the review required by Section 4007 of the 2018 Farm Bill. That provision requires the Secretary to review a representative sample of currently authorized facilities referred to in Section 3(k)(3) of the Food and Nutrition Act.

Because the provision governs only those entities addressed in the subsection, it is our determination that the Agency has no grounds to approve new SLF applications that would otherwise be denied because they are institutions by the regulatory definition. The Agency has concluded that the prudent route would be to not deny these new applications, but hold them in a pending status until the study is complete.

As a result, the SLF applications that have been or will be submitted – including the Maple Point SLF of your inquiry -- will be pended until we fully analyze the existing, already authorized, establishments as directed.

Thank you.

Andrea Gold
Director
Retailer Policy and Management Division
Supplemental Nutrition Assistance Program

**Exhibit B**

**Eli Finestone**

| | |
|---|---|
| **From:** | Wells, Kent - FNS <kent.wells@usda.gov> |
| **Sent:** | Wednesday, September 4, 2019 3:11 PM |
| **To:** | Eli Finestone |
| **Cc:** | Bryant, Sheila - FNS; Wells, Kent - FNS |
| **Subject:** | RE: Meal Service Application  FNS 252-2 Application  0685510 |
| | |
| **Importance:** | High |

Eli,

FNS is currently following Congress's direction in Section 4007 of the 2018 Farm Bill which requires the Secretary to review a representative sample of currently authorized facilities referred to in Section 3(k)(3) of the Food and Nutrition Act.  As this provision governs only those Supportive/Senior Living Facilities (SLF) entities currently authorized, any new applications submitted by such facilities will be held in a pending status until the study of authorized establishments has been completed.

Section 4007: Review of Supplemental Nutrition Assistance Program operations
This provision requires the FNS to review a representative sample of facilities for elderly/disabled individuals that are-authorized as SNAP retailers to determine if they are properly using SNAP benefits and whether such facilities' are utilizing more than one source of Federal or State funding to meet the food needs of residents.

The review must be completed within 18 months of enactment after which FNS will send Congress the required report with recommendations about any additional oversight requirements that would be appropriate and whether such facilities should continue to be authorized.

Thanks,

Kent Wells, Section Chief
USDA-Food and Nutrition Service
Retailer Operations Branch
77 W. Jackson Blvd. 20th FL
Chicago, IL 60604
312-353-6609 (leave message)

---

**From:** Eli Finestone <efinestone@fandfrealty.com>
**Sent:** Wednesday, September 4, 2019 2:02 PM
**To:** Wells, Kent - FNS <kent.wells@usda.gov>
**Subject:** FW: Meal Service Application FNS 252-2 Application

Kent:

I am having trouble hearing back from Sheila regarding the status of my Food Stamp Application.

Is there someone else I can get in touch with?

Eli Finestone

---

**From:** Eli Finestone
**Sent:** Friday, August 30, 2019 3:33 PM
**To:** 'Bryant, Sheila - FNS' <sheila.e.bryant@usda.gov>
**Subject:** RE: Meal Service Application FNS 252-2 Application

Can you please update me on the status of this application?

Eli Finestone

---

**From:** Bryant, Sheila - FNS [mailto:sheila.e.bryant@usda.gov]
**Sent:** Friday, August 9, 2019 3:22 PM
**To:** Eli Finestone <efinestone@fandfrealty.com>
**Subject:** RE: Meal Service Application FNS 252-2 Application

Dear Sir/Ma'am

Your application was received, if you have further inquiries please call 312 353-6609

---

**From:** Eli Finestone <efinestone@fandfrealty.com>
**Sent:** Friday, August 9, 2019 2:32 PM
**To:** Bryant, Sheila - FNS <sheila.e.bryant@usda.gov>
**Subject:** FW: Meal Service Application FNS 252-2 Application

Checking in on this again.

Thank you

Eli Finestone

---

**From:** Eli Finestone
**Sent:** Thursday, August 1, 2019 2:46 PM
**To:** 'sheila.e.bryant@usda.gov' <sheila.e.bryant@usda.gov>
**Subject:** Meal Service Application FNS 252-2 Application

Sheila:

I am just checking in on a Meal Service application we sent it 3 weeks ago, for Grand Regency of Peoria (PEORIA SLF, LLC)  See attached.
As we purchased the business today on August 1st,  we are following up to confirm you have received the application are still waiting to process.  If for any reason you didn't receive it, please let me know so I can send another original.

2

Thank you for your assistance

Eli Finestone
773 387-7300

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.