E-FILED
Saturday, 16 November, 2019  12:12:15 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
(PEORIA DIVISION)**

|  |  |
|---|---|
| PEORIA SLF, LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:19-cv-01324-JES-JEH |
| | ) |
| ANDREA GOLD et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PROPOSED ORDER GRANTING PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT**

This cause coming before the Court on Plaintiff Peoria SLF, LLC's Motion for Summary Judgment, pursuant to Fed. R. Civ. P. 56, the Court being fully advised in the premises, IT IS HEREBY ORDERED:

1) Plaintiff Peoria SLF, LLC's Motion for Summary Judgment is granted.

2) A Writ of Mandamus is hereby issued Directing Defendants Andrea Gold, Pam Miller, and USDA's Food and Nutrition Service ("FNS")(hereafter referred to collectively as Defendants) to grant Peoria SLF's application for authorization to participate as a Supplemental Nutrition Assistance Program ("SNAP") meal services provider within 3 business days of this order.

3) Declaratory Judgment is issued as to the following:

    a. Defendants have violated 7 U.S.C. § 2018(i)(2) by failing to grant Peoria SLF's SNAP application. It is declared that Defendants violated 7 C.F.R. § 278.1(a) by failing to grant Peoria SLF's application for SNAP authorization within 45 days of submission.

1

b.  Defendants have violated the Administrative Procedure Act by unlawfully withholding and unreasonably delaying a decision on Peoria SLF's application for SNAP authorization.

4)   A preliminarily and permanently injunction is issued enjoining FNS from denying Peoria SLF's application for SNAP authorization.

Dated: _____

_____
U.S. District Court Judge