E-FILED
Friday, 24 January, 2020  07:33:41 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| PEORIA SLF, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 19-1324 |
| | ) |
| ANDREA GOLD, et al., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION TO DISMISS

Now come Plaintiff, PEORIA SLF, LLC, by and through its attorney, Stewart Fried of

OFW Law, and Defendant, the United States of America, by and through its attorney, Kimberly

A. Klein, Assistant United States Attorney, Central District of Illinois, and hereby stipulate to the

dismissal of this case with prejudice. In support thereof, the parties state the following:

1.      The parties have reached an agreement to settle this case and have signed a written

settlement agreement.

2.      Rule 41 of the Federal Rules of Civil Procedure authorizes the voluntary dismissal

of a case when the parties file a signed stipulation of dismissal. Fed. R. Civ. P. 41(a)(1)(A)(ii). A

voluntary dismissal may be with prejudice when the parties agree to such a dismissal. Fed. R. Civ.

P. 41(a)(1)(B).

3.      The parties have agreed that this matter should be dismissed with prejudice and

without leave to reinstate.

4.      Pursuant to the written settlement agreement, the United States agreed to pay the

Plaintiff the sum of Ten Thousand Dollars and Zero Cents ($10,000)("Payment").  The parties

agree and acknowledge that the Payment has been paid and that issuance of the Payment

constitutes a waiver of any claims or rights of either Party to collect attorneys' fees and costs.

1

Wherefore, the parties respectfully request that this honorable Court enter an order dismissing this matter with prejudice.

Respectfully submitted:

PEORIA SLF, LLC,                                    The United States of America,


By:  s/ Stewart Fried                               By:  s/ Kimberly A. Klein
Stewart Fried                                       Assistant United States Attorney
OFW Law                                             Central District of Illinois
2000 Pennsylvania Avenue, N.W.                      211 Fulton Street, Suite 400
Suite 3000                                          Peoria, Illinois 61602
Washington, DC 20006                                (309)671-7050
sfried@ofwlaw.com                                   kimberly.klein@usdoj.gov

ATTORNEY FOR PLAINTIFF                              ATTORNEY FOR DEFENDANT

**<u>Certificate of Service</u>**

I hereby certify that on January 24, 2020, I caused the foregoing Stipulation to Dismiss to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the plaintiff's attorney:

Stewart Fried          sfried@ofwlaw.com

Robert M. Riffle     rriffle@rmenterprises.net


Date:  <u>January 24, 2020</u>                          <u>s/Kimberly A. Klein</u>
                                                    Kimberly A. Klein
                                                    Assistant United States Attorney

3